*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KISOR, BAKER, and DALY
Appellate Military Judges

———————————————

**UNITED STATES**
*Appellee*

**v.**

**Aaren D. PAINTER**
Aviation Electrician's Mate Petty Officer First Class (E-6),
U.S. Navy
*Appellant*

**No. 202300253**

———————————————

Decided: 30 April 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Michelle M. Pettit (trial)
Derek D. Butler (entry of judgment)

Sentence adjudged 18 July 2023 by a special court-martial convened at Naval Base San Diego, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-5, confinement for eight months, and a bad-conduct discharge.[1]

For Appellant:
*Captain Kimberly D. Hinson, JAGC, USN*

---

[1] Appellant is credited with having served eight months of pretrial confinement.

————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.